# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:20-cv-23325-WPD**

BRIGHTSTAR CORP.,

    Plaintiff,

v.

DAVID MAYLAND,

    Defendant.
_____/

DAVID MAYLAND,

    Counter-Plaintiff,

v.

BRIGHTSTAR CORP.;
BRIGHTSTAR GLOBAL GROUP, INC.,

    Counter-Defendants.
_____/

## ORDER ON MOTION TO ACCEPT REPLY AS TIMELY FILED

THIS MATTER is before the Court upon Counter-Defendants Brightstar Corp. and Brightstar Global Group, Inc.'s *Unopposed* Motion to Accept as Timely Filed Their Reply to Defendant/Counter-Plaintiff's Opposition to Motion to Dismiss Counterclaims [DE 18] ("Motion"). The Court has carefully considered the Motion and is otherwise fully advised in the premises.

It is hereby **ORDERED and ADJUDGED** that Counter-Defendants' Motion [DE 18] is **GRANTED**. Counter-Defendants shall file their reply on or before **December 10, 2020**.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 8th day of December, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record